387 A.2d 118

Jordan, Appeal of

Argued December 8, 1977. Warren R. Baldys, Jr., with him Brent Petrosky, for appellant; No appearance entered nor brief submitted for appellee.

Order affirmed.

387 A.2d 119

Kirkland v. Philadelphia Baptist Church, Appellant.

Argued December 6, 1977. Charles W. Gross, with him Sol Henry Kitei, for appellant; David E. Abrahamsen, for appellee.

Order affirmed.